# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JUSTICE COLE JOHNSON**  **PLAINTIFF**
**ADC # 663210**

V.   CASE NO. 4:20-CV-00059-BSM

**MARK GOBER,** *et al.*   **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Patricia Harris's recommended disposition [Doc. No. 10] is adopted, and the complaint [Doc. No. 2] is dismissed without prejudice for failure to state a claim on which relief may be granted. This dismissal counts as a "strike" for the purposes of 28 U.S.C. section 1915(g). It is certified that an *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED, this 16th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE